# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MYPORT, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:22-cv-114-JRG <br><br><br> **DEMAND FOR JURY TRIAL** |

## JOINT MOTION TO ENTER E-DISCOVERY ORDER

Plaintiff MyPort, Inc. ("Plaintiff") and Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc., (collectively, "the Parties"), respectfully submit this Motion to Enter E-Discovery Order. The Parties respectfully request that the Court enter the E-Discovery Order attached hereto.

Dated: November 10, 2022

| | |
|---|---|
| **ONE LLP** <br><br> By:  */s/ John E. Lord* <br> John E. Lord <br> jlord@onellp.com <br> Peter Afrasiabi (*pro hac vice*) <br> pafrasiabi@onellp.com <br> Franklin D. Kang <br> fkang@onellp.com <br> 23 Corporate Plaza Drive, Suite 150-105 <br> Newport Beach, CA 92660 <br> Tel: 949-502-2870 <br> Fax: 949-258-5081 <br><br> Patrick Joseph Conroy | By: */s/ Andrew R. Sommer* <br> Melissa R. Smith <br> TX Bar No. 24001351 <br> **GILLAM & SMITH, LLP** <br> 303 South Washington Ave. <br> Marshall, Texas 75670 <br> Telephone: (903) 934-8450 <br> Facsimile: (903) 934-9257 <br> Email: melissa@gillamsmithlaw.com <br><br> Richard A. Edlin <br> **GREENBERG TRAURIG, LLP** <br> One Vanderbilt Avenue <br> New York, NY 10017 <br> Telephone: (212) 801-9200 |

| | |
|---|---|
| pat@nelbum.com<br>Nathan Louis Levenson<br>nathan@nelbum.com<br>**NELSON BUMGARDNER CONROY PC**<br>2727 N. Harwood Street, Suite 250<br>Dallas, TX 75201<br>Tel: 817-377-9111<br><br>*Attorneys for Plaintiff,*<br>MyPort, Inc. | Facsimile: (212) 801-6400<br>Email: edlinr@gtlaw.com<br><br>Andrew R. Sommer<br>GREENBERG TRAURIG, LLP<br>1750 Tysons Boulevard, Suite 1000<br>McLean, VA 22102<br>Telephone: (703) 749-1300<br>Facsimile: (703) 749-1301<br>Email: sommera@gtlaw.com<br><br>Harry Hyunho Park<br>Ariane Mann<br>Jenna Kuh<br>**GREENBERG TRAURIG, LLP**<br>2101 L Street N.W. Suite 1000,<br>Washington, DC 20037<br>Telephone: (202) 331-3100<br>Facsimile: (202) 331-3101<br>Email: parkh@gtlaw.com<br>Email: manna@gtlaw.com<br>Email: kuhj@gtlaw.com<br><br>*Counsel for Defendants,*<br>Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. |

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is a joint motion.

                                                          By:  */s/ John E. Lord*
                                                                John E. Lord

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on November 10, 2022, via electronic means to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

By: */s/ John E. Lord*
John E. Lord