**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**



| | |
|---|---|
| MYPORT, INC., | § |
| | § |
| *Plaintiff,* | § |
| | § |
| v. | §    CASE NO. 2:22-cv-00114-JRG |
| | § |
| SAMSUNG ELECTRONICS CO., LTD and | § |
| SAMSUNG ELECTRONICS AMERICA, | § |
| INC., | § |
| | § |
| *Defendants.* | § |

## <u>ORDER</u>

Before the Court is Defendants' Unopposed Motion for Leave to Amend Answer to Add Affirmative Defense of License (the "Motion") filed by Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, the "Defendants"). (Dkt. No. 93.) In the Motion, Defendants ask the Court for leave to amend their answer to assert an affirmative defense of license against Plaintiff. (*Id.* at 1.) The Defendants argue that they have acted expeditiously, that the amendment is important, that no unfair prejudice will result from the amendment, and that no continuance is necessary because of the amendment. (*Id.* at 6–8.) Defendants further argue that allowing the amendment would serve the interests of justice. (*Id.* at 8–10.) Plaintiff does not oppose the Motion. (*Id.* at 1, 12.)

Having considered the Motion, and noting its unopposed nature, the Court finds that good cause exists to grant the Defendants the requested leave to amend their answer. Accordingly, the Motion is hereby **GRANTED**.

**So Ordered this**

**Sep 10, 2023**


RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE