IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MYPORT, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>          Defendants. | Civil Action No. 2:22-cv-114-JRG<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO AMEND ANSWER TO ADD AFFIRMATIVE DEFENSE OF LICENSE

Before the Court is Defendants Samsung Electronics Co., Ltd.'s and Samsung Electronics America, Inc.'s Unopposed Motion for Leave to Amend Answer to Add Affirmative Defense of License. After consideration of same, the Court finds that motion should be **GRANTED.**