IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MYPORT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Civil Action No. 2:22-CV-00114-JRG |

## PLAINTIFF'S NOTICE OF SERVICE

Plaintiff MyPort, Inc., hereby notifies the Court that it served its Supplemental Initial Disclosures Pursuant to Paragraphs 1 and 3 of the Court's Discovery Order (Dkt. 27) upon counsel for Defendants via electronic mail on September 18, 2023.

| | |
|---|---|
| Dated: September 18, 2023 | /s/ *Steven W. Hartsell* |

                                                Sarah E. Spires (TX Bar No. 24083860)
Steven W. Hartsell (TX Bar No. 24040199)
Michael D. Ricketts (TX Bar No. 24079208)
SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400
Dallas, TX 75201
Phone: (214) 978-6600
Fax: (214) 978-6601
sspires@skiermontderby.com
shartsell@skiermontderby.com
mricketts@skiermontderby.com

John E. Lord (CA Bar No. 216111)
SKIERMONT DERBY LLP
633 W. Fifth Street, Suite 5800
Los Angeles, CA 90071
Phone: (213) 788-4500
Fax: (213) 788-4545
jlord@skiermontderby.com

Patrick Joseph Conroy
pat@nelbum.com
Nathan Louis Levenson
nathan@nelbum.com
NELSON BUMGARDNER CONROY PC
2727 N. Harwood Street, Suite 250
Dallas, TX 75201
Tel: 817-377-9111

*Attorneys for Plaintiff*
MyPort, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 18th day of September, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a).

/s/ Steven W. Hartsell