**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MYPORT, INC.,<br><br>　　　　　Plaintiff,<br><br>　　　　　　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>　　　　　Defendants. | C.A. No. 2:22-cv-114-JRG |

## NOTICE OF COMPLIANCE

　　　　Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. hereby

notify the court that they have served their Fifth Supplemental Initial Disclosures upon counsel for

the Plaintiff via electronic mail on September 18, 2023.

Dated: September 19, 2023　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By: */s/ Melissa R. Smith*　　　　　　　　
　　　　　　　　　　　　　　　　Melissa R. Smith
　　　　　　　　　　　　　　　　(Texas State Bar No. 24001351)
　　　　　　　　　　　　　　　　melissa@gillsamsmithlaw.com
　　　　　　　　　　　　　　　　GILLAM & SMITH LLP
　　　　　　　　　　　　　　　　303 S. Washington Ave.
　　　　　　　　　　　　　　　　Marshall, TX 75670
　　　　　　　　　　　　　　　　Telephone: (903) 934-8450
　　　　　　　　　　　　　　　　Facsimile: (903) 934-9257

　　　　　　　　　　　　　　　　Richard A. Edlin
　　　　　　　　　　　　　　　　GREENBERG TRAURIG, LLP
　　　　　　　　　　　　　　　　One Vanderbilt Avenue
　　　　　　　　　　　　　　　　New York, NY 10017

Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: edlinr@gtlaw.com

Andrew R. Sommer
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, VA 22102
Telephone: (703) 749-1300
Facsimile: (703) 749-1301
Email: sommera@gtlaw.com

Harry Hyunho Park
Jenna Kuh
GREENBERG TRAURIG, LLP
2101 L Street N.W. Suite 1000,
Washington, DC 20037
Telephone: (202) 331-3100
Facsimile: (202) 331-3101
Email: parkh@gtlaw.com
Email: kuhj@gtlaw.com

***Attorney for Defendants***
***Samsung Electronics Co., Ltd.***
***and Samsung Electronics America, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 19, 2023.

*/s/ Melissa R. Smith*