IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MYPORT, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Civil Action No. 2:22-CV-00114-JRG |

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**

Plaintiff MyPort, Inc ("MyPort") and Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"), by and through their counsel, hereby stipulate as follows with respect to Case No. 2:22-cv-00114-JRG-RSP:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of all claims in this action WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: February 15, 2024

Respectfully submitted,

*/s/ John E. Lord*
John E. Lord (CA Bar No. 216111)
SKIERMONT DERBY LLP
633 W. Fifth Street, Suite 5800
Los Angeles, CA 90071
Phone: (213) 788-4500
Fax: (213) 788-4545
jlord@skiermontderby.com

Sarah E. Spires (TX Bar No. 24083860)
Steven W. Hartsell (TX Bar No. 24040199)

*/s/ Andrew R. Sommer*
Melissa R. Smith (TX Bar No. 24001351)
melissa@gillamsmithlaw.com
Andrew Thomas Gorham
tom@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

<div style="column-count:2">

Michael D. Ricketts (TX Bar No. 24079208)
SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400
Dallas, TX 75201
Phone: (214) 978-6600
Fax: (214) 978-6601
sspires@skiermontderby.com
shartsell@skiermontderby.com
mricketts@skiermontderby.com

Patrick J. Conroy (TX Bar No.24012448)
pat@nelbum.com
Nathan L. Levenson (TX Bar No. 24097992)
nathan@nelbum.com
NELSON BUMGARDNER CONROY PC
2727 N. Harwood Street, Suite 250
Dallas, TX 75201
Tel: 817-377-9111

*Attorneys for Plaintiff*
MyPort, Inc.

Richard A. Edlin
Thomas D. Pease (*pro hac vice*)
Giancarlo Scaccia (*pro hac vice*)
Wen Xue (*pro hac vice*)
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: edlinr@gtlaw.com
Email: thomas.pease@gtlaw.com
Email: scacciag@gtlaw.com
Email: xuew@gtlaw.com

Andrew R. Sommer (lead counsel)
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, VA 22102
Telephone: (703) 749-1300
Facsimile: (703) 749-1301
Email: sommera@gtlaw.com

Cyrus T. Frelinghuysen (*pro hac vice*)
Jenna Kuh
James Jay Guiliano (*pro hac vice*)
Gregory J. Winter (*pro hac vice*)
GREENBERG TRAURIG, LLP
2101 L Street N.W. Suite 1000,
Washington, DC 20037
Telephone: (202) 331-3100
Facsimile: (202) 331-3101
Email: frelinghuysenc@gtlaw.com
Email: kuhj@gtlaw.com
Email: jay.guiliano@gtlaw.com
Email: winterg@gtlaw.com

*Attorneys for Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 15, 2024.

*/s/ John E. Lord*

## CERTIFICATE OF CONFERENCE

I hereby certify compliance with Local Rule CV-7(h) and this stipulation is jointly filed on behalf of the Parties.

*/s/ John E. Lord*