## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| MYPORT, INC., | § | |
| | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00114-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| and SAMSUNG ELECTRONICS | § | |
| AMERICA, INC., | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Stipulation of Dismissal with Prejudice Pursuant to Rule 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff and Defendants. (Dkt. No. 243.) In the Stipulation, Plaintiff and Defendants stipulate to dismiss all claims in the action with prejudice. (*Id.* at 1.) The Stipulation is jointly filed. (*See id.* at 3.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Feb 19, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE